**Thomas E. PERRY, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2008–3190.

United States Court of Appeals, Federal Circuit.

July 30, 2008.

ON MOTION

*ORDER*

Thomas E. Perry moves without opposition to voluntarily dismiss his petition for review.

---

Upon consideration thereof, IT IS ORDERED THAT:

(1) Perry's motion is granted. The petition for review is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.